AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

GENE ALLEN
#76542,

      Plaintiff,

V.

STATE OF NEVADA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-CV-00607-LRH-RAM**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to the filing of a new complaint on the proper form in a new action together with the required $350.00 filing fee.

   December 11, 2008                           **LANCE S. WILSON**
                                                                Clerk

                                                             /s/ D. R. Morgan
                                                            Deputy Clerk